IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

**APRIL MANAR, individually, and on behalf of all others similarly situated,**
    Plaintiffs,

v.

**GENWORTH FINANCIAL, INC.,**
    Defendant.

Civil Action No. 3:23cv560

## ORDER

This matter is before the Court on the parties' Joint Motion to Stay Proceedings Pending JPML Transfer ("Motion") (ECF No. 12). Upon due consideration and for good cause shown, the Court GRANTS the Motion (ECF No. 12). The Court hereby STAYS this case pending a ruling by the Judicial Panel on Multidistrict Litigation ("JPML") on the Motion for Transfer of Actions Pursuant 28 U.S.C. § 1407 for Centralized Pretrial Proceedings ("Consolidation Motion") that is currently pending before the JPML in *IN RE: MOVEit Customer Data Security Breach Litigation*, MDL No. 3083. All proceedings and deadlines in this action are STAYED until thirty (30) days following entry of the JPML's final determination on the Consolidation Motion.

The Court further ORDERS that the parties shall file a joint status report with the Court on October 17, 2023, and every twenty-eight (28) days thereafter as needed, to inform the Court of the status of the pending Consolidation Motion.

Let the Clerk send a copy of this Order to all counsel of record.

It is so ORDERED.

/s/ *[signature]*
Roderick C. Young
United States District Judge

Richmond, Virginia
Date: September 26, 2023